THE PEOPLE EX REL. CHARLES E. MILLER v. THE BOARD
OF AUDITORS OF WAYNE COUNTY.

*Changing salaries of public officers.*

A board of auditors, after fixing a salary, cannot change it without
some further action, spread upon their record.

MANDAMUS to compel the Board to audit and allow a
certain sum which relator claims to be due him as part
of his salary as assistant prosecuting attorney. Relator
showed that he was appointed February 25, 1878, under
act 28 of 1877; that the salary of his predecessor had
been fixed by resolution of the board of auditors at
$1,500 a year, but that he had been paid at the rate of
only $1,320, and that the board had rejected his claim
for the difference. The board answered that before rela-
tor's appointment they had notified him verbally that
his salary would be fixed at the minimum amount allowed
by the act, but had afterwards fixed it at $110 a month,
and claimed that he had acquiesced by drawing monthly
warrants for his reduced salary, and thus practically
receipted for it in full. Submitted and granted June 3.

*Chas. E. Miller* in person for relator cited *Douvielle
v. Manistee Supervisors*, 40 Mich., 585.

*C. J. Reilly* for respondent.

PER CURIAM. The board of auditors cannot change
action that they have once taken in fixing a salary except
by further action spread upon their records. They cannot
change it by parol. The fact that relator received less
than he was entitled to does not amount to a waiver of
his rights. Other legal questions in the case need not
be passed on.

Mandamus granted.